# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARIA GUTIERREZ,<br><br>    Plaintiff,<br><br>v.<br><br>MEDTRONIC PLC, MEDTRONIC, COVIDIEN LP, JOHN DOE (A through L), COMPANY (M through Z), these names being Fictitious,<br><br>    Defendants. | CASE NO. 2:22-cv-05573-SDW-MAH<br><br>**COVIDIEN LP'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 12(b)(5),(6), Covidien LP, by and through undersigned counsel, hereby moves to dismiss Plaintiff's Amended Complaint with prejudice for improper service and failure to state a claim upon which relief can be granted. Covidien LP incorporates by reference the attached brief in support of this requested relief.

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

Dated: October 26, 2022

By: /s/ *Nicolai A. Schurko*
Nicolai A. Schurko
Two Commerce Square
2001 Market Street, Suite 3000
Philadelphia, PA 19103-7044
Telephone: 215-278-2555
Facsimile: 215-278-2594
nschurko@shb.com

*Attorneys for Defendants*
*Medtronic plc and Covidien LP*